UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

UNITED STATES OF AMERICA,

-v-

JINGBIN JIANG,

                Defendant.

25-cr-334 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will conduct a *Curcio* hearing at the Initial Conference that is scheduled to take place on September 2, 2025, at 11:00 a.m.

**SO ORDERED.**

**Date: August 28, 2025**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
United States District Judge