UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025
```

UNITED STATES OF AMERICA,

-v-

JINGBIN JIANG and SU JIAN LIU,

                    Defendants.

25-cr-334 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On September 10, 2025, the Court held an Initial Conference in this matter. As the Court stated on the record at the conference, IT IS HEREBY ORDERED that all existing discovery materials shall be produced by November 3, 2025. IT IS FURTHER ORDERED that the deadline for motions is January 5, 2026. IT IS FURTHER ORDERED that the Court will hold a further conference on January 8, 2026 at 11:00 a.m. IT IS FURTHER ORDERED that the trial will begin on April 7, 2026. IT IS FURTHER ORDERED that, on the consent of all parties, all time is excluded until January 8, 2026.

**SO ORDERED.**

Date: **September 10, 2025**
      **New York, NY**

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**