UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

UNITED STATES OF AMERICA,

-v-

JINGBIN JIANG and SU JIAN LIU,

Defendants.

25-cr-334 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On February 26, 2026, the Court held a Pretrial Conference in this matter.  As the Court stated on the record at the conference, IT IS HEREBY ORDERED that the trial that was previously scheduled to begin on April 7, 2026 is ADJOURNED to June 9, 2026.  IT IS FURTHER ORDERED that the parties shall file any motions *in limine* and all Pretrial Submissions in accordance with the Court's Individual Rules of Practice by April 23, 2026.  IT IS FURTHER ORDERED that the parties shall appear for a Final Pretrial Conference on May 28, 2026 at 11:00 a.m.

As reflected in the transcript of the February 26, 2026 Pretrial Conference, the Court excluded all time, on the consent of all parties, from February 26, 2026 until June 9, 2026.

**SO ORDERED.**

**Date:  February 27, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**