**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 28, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/26

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jingbin Jiang et al.*, 25 Cr. 334 (MKV)**

Dear Judge Vyskocil:

The parties in the above-referenced matter respectfully submit this joint request for an adjournment of sentencing for Jingbin Jiang, the defendant, currently scheduled for August 4, 2026, at 11:00 AM, and a corresponding extension of deadlines for sentencing submissions.

As previously noted, the Government's investigation into the charged fraudulent scheme is ongoing. In the course of the ongoing investigation, the Government learned new information about the total loss amount attributable to Jingbin Jiang and Su Jian Liu, the defendants, which in turn impacted the amount of restitution the Government intends to seek and the preparation of the Presentence Investigation Report ("PSR"). Because of that new development, the parties just recently received the final disclosure of the PSR on July 27, 2026.

Accordingly, the parties jointly request an adjournment of sentencing to October 26, 2026, at 2:00 PM, which the parties understand to be a time that the Court is available. There have been no prior requests for an adjournment or extensions of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/
Andrew K. Chan / Angela Zhu
Assistant United States Attorneys
(212) 637-1072 / -1027

CC: Counsel of Record (via ECF)

**Granted. SO ORDERED.**

Date: July 29, 2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge