USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/26

Joel S. Cohen, PC
80 Maiden Lane, Suite 1205
New York, NY 10038
TEL: 212-571-8899
FAX: 646-619-8388
MOBILE: 914-500-7398
EMAIL: jcesq99@gmail.com

General Counsel
Shomrim Society
New York City Police Department

October 15, 2026

By ECF
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Jinbing Jiang
25 CR 334 (MKV)

Dear Judge Vyskocil:

Please accept this letter in lieu of a formal motion seeking to adjourn the sentence date for my client Jinbing Jiang. He is scheduled to be sentenced by Your Honor on October 21st. I am a solo practitioner, and owing to the press of other matters, as well as preparations for my grandson's Bar Mitzvah last Saturday I require additional time to prepare an effective sentencing submission. Therefore, I respectfully ask that the October 21st sentence date be continued to a date during the third week of November that is convenient for the Court and the Government. I have discussed this application with

AUSAs Chan and Zhu and they have graciously consented to it being granted. Thank you for considering this application.

Very Truly yours,

/S

Joel S. Cohen (JC6998)

cc: AUSAs Andrew Chan and Angela Zhu

**Granted. SO ORDERED.**

Sentencing in this matter is HEREBY adjourned to November 20th, 2026 at 11am.

Date: 10/16/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge