USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-

1:25-CR-334-1 (MKV)

v.

JINGBIN JIANG

**ORDER**

Defendant.

---

**MARY KAY VYSKOCIL**, United States District Judge

IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

**SO ORDERED.**
**November 20th, 2026**

*Mary Kay Vyskocil*

**HONORABLE MARY KAY VYSKOCIL**
**UNITED STATES DISTRICT JUDGE**